UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONI J. PULLUM,<br><br>     Plaintiff,<br><br>v.<br><br>LOPEZ, et al.,<br><br>     Defendants. | Case No. 25-cv-00509-HSG<br><br>**ORDER OF DISMISSAL** |

On or about January 15, 2025, Plaintiff commenced this action by filing a complaint with the Court. Dkt. No. 1. That same day, the Court sent Plaintiff a notice that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis*. Dkt. No. 2. The Court informed Plaintiff that he should correct this deficiency by June 12, 2025, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form. *Id.* The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application, or paid the filing fee, or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: 2/28/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge