UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONI J. PULLUM, | Case No. 25-cv-00509-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOPEZ, et al., | |
| Defendants. | |

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  2/28/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge